**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In re: | § | Case No. 16-11699-MDC |
|---|---|---|
| | § | |
| BREWERS ROAD, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gary F. Seitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10,760.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $448,564.24 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $76,435.76 | | |

3) Total gross receipts of $525,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $525,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,438,400.83 | $1,476,853.47 | $417,500.00 | $417,500.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $83,666.76 | $83,435.76 | $76,435.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $299,946.94 | $224,010.77 | $224,010.77 | $31,064.24 |
| **Total Disbursements** | $1,738,347.77 | $1,784,531.00 | $724,946.53 | $525,000.00 |

4). This case was originally filed under chapter 7 on 03/14/2016. The case was pending for 56 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/05/2021</u>      By: <u>/s/ Gary F. Seitz</u>
                                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) and Liquor License See #39 $0.00 | 1129-000 | $525,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$525,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Woori America Bank | 4210-000 | $1,289,625.52 | $1,476,853.47 | $417,500.00 | $417,500.00 |
|  | Woori America Bank | 4110-000 | $148,775.31 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,438,400.83** | **$1,476,853.47** | **$417,500.00** | **$417,500.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gary F. Seitz, Trustee | 2100-000 | NA | $29,500.00 | $29,500.00 | $22,500.00 |
| Gary F. Seitz, Trustee | 2200-000 | NA | $113.76 | $113.76 | $113.76 |
| Pinnacle Bank | 2600-000 | NA | $126.62 | $126.62 | $126.62 |
| court approved fees, Attorney for Trustee | 3110-000 | NA | $9,766.50 | $9,766.50 | $9,766.50 |
| court approved expenses, Attorney for Trustee | 3120-000 | NA | $1,023.80 | $1,023.80 | $1,023.80 |
| BEDERSON LLP, Accountant for Trustee | 3410-000 | NA | $11,537.00 | $11,306.00 | $11,306.00 |
| BEDERSON LLP, Accountant for Trustee | 3420-000 | NA | $99.08 | $99.08 | $99.08 |
| realtor comm Doc 50-1   Filed 03/13/17 Page 2 of 3, Realtor for Trustee | 3510-000 | NA | $31,500.00 | $31,500.00 | $31,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$83,666.76** | **$83,435.76** | **$76,435.76** |

**CHARGES**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Singer Equipment Company | 7100-000 | $2,074.96 | $2,074.96 | $2,074.96 | $364.14 |
| 2 | Penn Jersey Paper | 7100-000 | $1,036.28 | $1,039.28 | $1,039.28 | $182.39 |
| 3 | Paychex | 7100-000 | $1,065.04 | $2,015.00 | $2,015.00 | $353.62 |
| 4 | Cooper Electric Supply Co. | 7100-000 | $24,600.53 | $25,697.77 | $25,697.77 | $4,509.79 |
| 5 | Bassetts Ice Cream Company | 7100-000 | $329.00 | $329.00 | $329.00 | $57.74 |
| 6 | Indian Ridge Provisions, Inc. | 7100-000 | $2,714.59 | $2,714.59 | $2,714.59 | $476.39 |
| 7 | Atlantic Refrigeration Equipment Company | 7100-000 | $21,067.72 | $20,355.29 | $20,355.29 | $3,572.22 |
| 8 | Pinnacle Ridge Winery | 7100-000 | $1,417.18 | $1,417.18 | $1,417.18 | $248.71 |
| 9 | Lethal Pest Solutions | 7100-000 | $127.20 | $127.20 | $127.20 | $22.32 |
| 10 | Cama Sdira LLC | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 10; Cama Sdira LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $17,549.35 |
| 11 | Velvet Sky Bakery | 7100-000 | $310.00 | $365.00 | $365.00 | $64.06 |
| 12 | B & F Electrical Contractors, Inc. | 7100-000 | $9,158.06 | $9,158.06 | $9,158.06 | $1,607.18 |
| 13 | U.S. Foods | 7100-000 | $6,067.56 | $6,755.02 | $6,755.02 | $1,185.46 |
| 14 | PECO Energy Company | 7100-000 | $2,095.07 | $4,962.42 | $4,962.42 | $870.87 |
| 16 | John Devine Plumbing | 7200-000 | $42,742.00 | $47,000.00 | $47,000.00 | $0.00 |
|  | Aqua Pennsylvania | 7100-000 | $115.89 | $0.00 | $0.00 | $0.00 |
|  | Aqua Pennsylvania | 7100-000 | $236.37 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Atlantic Fire Equipment Co | 7100-000 | $182.32 | $0.00 | $0.00 | $0.00 |
| Cargill Incorporated | 7100-000 | $1,379.60 | $0.00 | $0.00 | $0.00 |
| Citizens Bank Commercial Card | 7100-000 | $4,240.31 | $0.00 | $0.00 | $0.00 |
| Clearant | 7100-000 | $1,327.87 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $267.52 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $1,073.02 | $0.00 | $0.00 | $0.00 |
| Country Malt Group | 7100-000 | $1,014.97 | $0.00 | $0.00 | $0.00 |
| Diaryland | 7100-000 | $2,948.14 | $0.00 | $0.00 | $0.00 |
| Eveve Corp. | 7100-000 | $790.00 | $0.00 | $0.00 | $0.00 |
| Gemtex Inc. t/a Gemini | 7100-000 | $1,565.49 | $0.00 | $0.00 | $0.00 |
| L.D. Carlson | 7100-000 | $328.71 | $0.00 | $0.00 | $0.00 |
| Lease Corporation of America | 7100-000 | $2,762.04 | $0.00 | $0.00 | $0.00 |
| Metcalfe Architecture and Design | 7100-000 | $600.75 | $0.00 | $0.00 | $0.00 |
| Mood Media | 7100-000 | $1,512.99 | $0.00 | $0.00 | $0.00 |
| Multiflow | 7100-000 | $636.96 | $0.00 | $0.00 | $0.00 |
| Muzak LLC | 7100-000 | $276.00 | $0.00 | $0.00 | $0.00 |
| National Restaurant Consultants | 7100-000 | $11,776.21 | $0.00 | $0.00 | $0.00 |
| Philadelphia Extract | 7100-000 | $712.19 | $0.00 | $0.00 | $0.00 |
| Philadelphia Extracts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Hutchins | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| Select Security | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Staples More Account | 7100-000 | $1,394.40 | $0.00 | $0.00 | $0.00 |
| William Erat | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $299,946.94 | $224,010.77 | $224,010.77 | $31,064.24 |

**FORM 1**
Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No.: | 16-11699-MDC | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | BREWERS ROAD, LLC | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 1/5/2021 | §341(a) Meeting Date: | 04/14/2016 |
| | | Claims Bar Date: | 06/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account Last 4 digits of Acc# : 0002 Philadelphia Federal Credit Union Checking Account 0002 | $50.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | Negative post petition balance | | | | | |
| 2 | Business Checking Last 4 digits of Acc# : 0582 Woori America Bank Business Checking 0582 | $16.88 | $16.88 | | $0.00 | FA |
| Asset Notes: | Negative post petition balance | | | | | |
| 3 | Business Checking Last 4 digits of Acc# : 0574 Woori America Bank Business Checking 0574 | $693.12 | $693.12 | | $0.00 | FA |
| 4 | Office furniture See attached list of equipment; miscellaneous small wares, dishes, pots, pans, glasses, silverware, 3 TVs | $10,000.00 | $10,000.00 | | $0.00 | FA |
| 5 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) and Liquor License See #39 $0.00 | $50,000.00 | $50,000.00 | | $525,000.00 | FA |
| Asset Notes: | Carve out from Woori Bank = 6% commission ,Trustee professionals, $30,000 for unsecured creditors, trustee commission | | | | | |

**TOTALS (Excluding unknown value)**                                                           **Gross Value of Remaining Assets**
$60,760.00                $60,760.00                                      $525,000.00           $0.00

**Major Activities affecting case closing:**

| 11/24/2020 | 11/24/2020 TDR provided to OUST |
|---|---|
| | 9/30/2020 Reissued checks to clerk of court for unclaimed finds. Submit TDR with zero bank balance |
| | 6/28/20 Distribution pending |
| | 3/30/20 Distribution approved and underway |
| | 12/23/2019 ReSubmit TFR to OUST |
| | 6/3/2019 Upon notification of the Philadelphia field office, the matter regarding the Benderson LLC accountant fee applications has been resolved. Pursuant to the attached order, the following estates may receive a refund from fees paid to the accounting firm. Therefore, we will be returning the TFRs to you and request that you resubmit once the case administration is complete. |
| | 9/30/17 reviewing claims and work on TFR. |
| | 6/29/17 Request profsl fee apps; review claims; work op TFR |
| | 3/30/2017 Sale closed - request final tax returns |
| | 12/30/2016 AOS appv'd Bktcy Order 10/18/2016, Commitment letter deadline: 11/21/2016, Inspection Period End: 11/21/2016, Closing Deadline 12/20/2016, Buyer has extended at buyer's election at buyer's cost. |
| | 09/30/2016 Sale negotiations underway with interested parties |
| | 06/30/2016 Market business assets for sale. Collect business records to investigate other possible recoveries. |

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2017 | /s/ GARY F. SEITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/30/2017 | GARY F. SEITZ |

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11699-MDC | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | BREWERS ROAD, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5810 | Checking Acct #: | ******0124 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2017 | | Commonwealth Land title FBO Neschre Holdings LLC | Sales Proceeds Bsuiness Assets | * | $76,000.00 | | $76,000.00 |
| | {5} | | business assets located at 210 York Road    $525,000.00 | 1129-000 | | | $76,000.00 |
| | | | payoff incl $50K credit to buyer to close    $(417,500.00) Doc 50-1    Filed 03/13/17    Page 2 of 3 | 4210-000 | | | $76,000.00 |
| | | | realtor comm Doc 50-1    Filed 03/13/17    $(31,500.00) Page 2 of 3 | 3510-000 | | | $76,000.00 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.96 | $75,996.04 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $122.66 | $75,873.38 |
| 05/11/2018 | | Pinnacle Bank | Serv Chg(in Debit ttl) | 2600-000 | | $5.00 | $75,868.38 |
| 08/12/2019 | | Pinnacle Bank | Reversing the Bank Debit Entry made on 5/11/2018 | 2600-000 | | ($5.00) | $75,873.38 |
| 11/04/2019 | 1001 | GELLERT SCALI BUSENKELL & BROWN LLC | Court approved fee app | * | | $10,790.30 | $65,083.08 |
| | | | court approved expenses    $(1,023.80) | 3120-000 | | | $65,083.08 |
| | | | court approved fees    $(9,766.50) | 3110-000 | | | $65,083.08 |
| 03/30/2020 | 1002 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.15; Notes: 08/25/2017  DI  55 Order Granting Application For Compensation Granting for Bederson LLP, fees awarded: $11537.00, expenses awarded: $99.08; Amount Claimed: 99.08; Amount A | 3420-000 | | $99.08 | $64,984.00 |
| 03/30/2020 | 1003 | Gary F. Seitz | Trustee Compensation | 2100-000 | | $22,500.00 | $42,484.00 |
| 03/30/2020 | 1004 | Gary F. Seitz | Trustee Expenses | 2200-000 | | $113.76 | $42,370.24 |
| 03/30/2020 | 1005 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 17.37; Notes: 08/25/2017  DI  55 Order Granting Application For Compensation Granting for Bederson LLP, fees awarded: $11537.00, expenses awarded: $99.08 Fee voluntarily reduced by $2 | 3410-000 | | $11,306.00 | $31,064.24 |
| | | | **SUBTOTALS** | | $76,000.00 | $44,935.76 | |

Case 16-11699-mdc    Doc 72    Filed 01/06/21    Entered 01/06/21 15:20:53    Desc Main
Document    Page 8 of 11

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11699-MDC | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | BREWERS ROAD, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5810 | | Checking Acct #: | ******0124 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2020 | 1006 | Singer Equipment Company | Account Number: ; Claim #: 1; Distribution Dividend: 17.55; Dividend: 0.55; Notes: Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 2,074.96; Amount Allowed: 2,074.96; | 7100-000 | | $364.14 | $30,700.10 |
| 03/30/2020 | 1007 | Penn Jersey Paper | Account Number: ; Claim #: 2; Distribution Dividend: 17.55; Dividend: 0.28; Notes: Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 1,039.28; Amount Allowed: 1,039.28; | 7100-000 | | $182.39 | $30,517.71 |
| 03/30/2020 | 1008 | Paychex | Account Number: ; Claim #: 3; Distribution Dividend: 17.55; Dividend: 0.54; Notes: 7872 Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 2,015.00; Amount Allowed: 2,015.00; | 7100-000 | | $353.62 | $30,164.09 |
| 03/30/2020 | 1009 | Cooper Electric Supply Co. | Account Number: ; Claim #: 4; Distribution Dividend: 17.55; Dividend: 6.92; Notes: (4-1) Judgment Lien - no levy, not secured in assets administered. Creditor asks to be treated as unsecured. ; Amount Claimed: 25,697.77; Amount Allowed: 25,697.77; | 7100-000 | | $4,509.79 | $25,654.30 |
| 03/30/2020 | 1010 | Bassetts Ice Cream Company | Account Number: ; Claim #: 5; Distribution Dividend: 17.55; Dividend: 0.08; Notes: Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 329.00; Amount Allowed: 329.00; | 7100-000 | | $57.74 | $25,596.56 |
| 03/30/2020 | 1011 | Indian Ridge Provisions, Inc. | Account Number: ; Claim #: 6; Distribution Dividend: 17.55; Dividend: 0.73; Notes: Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 2,714.59; Amount Allowed: 2,714.59; | 7100-000 | | $476.39 | $25,120.17 |
| 03/30/2020 | 1012 | Atlantic Refrigeration Equipment Company | Account Number: ; Claim #: 7; Distribution Dividend: 17.55; Dividend: 5.48; Notes: (7-1) Refrigeration equipment sales & service per attached invoices - Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 20,355.29; Amount All | 7100-000 | | $3,572.22 | $21,547.95 |
| | | | **SUBTOTALS** | | $0.00 | $9,516.29 | |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11699-MDC | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | BREWERS ROAD, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5810 | Checking Acct #: | ******0124 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2020 | 1013 | Pinnacle Ridge Winery | Account Number: ; Claim #: 8; Distribution Dividend: 17.55; Dividend: 0.38; Notes: Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 1,417.18; Amount Allowed: 1,417.18; | 7100-000 | | $248.71 | $21,299.24 |
| 03/30/2020 | 1014 | Lethal Pest Solutions | Account Number: ; Claim #: 9; Distribution Dividend: 17.55; Dividend: 0.03; Notes: Reviewed proof of claim and attachments, found no issues. GFS ; Amount Claimed: 127.20; Amount Allowed: 127.20; | 7100-000 | | $22.32 | $21,276.92 |
| 03/30/2020 | 1015 | Cama Sdira LLC | Account Number: ; Claim #: 10; Distribution Dividend: 17.55; Dividend: 26.96; Notes: Debtor was guarantor of GHBC debt - secured in equipment but second to Woori Banks' liens. Recovery did not exceed first lien - requested to treat as unsecured claim.; Am | 7100-000 | | $17,549.35 | $3,727.57 |
| 03/30/2020 | 1016 | Velvet Sky Bakery | Account Number: ; Claim #: 11; Distribution Dividend: 17.55; Dividend: 0.09; Notes: ; Amount Claimed: 365.00; Amount Allowed: 365.00; | 7100-000 | | $64.06 | $3,663.51 |
| 03/30/2020 | 1017 | B & F Electrical Contractors, Inc. | Account Number: ; Claim #: 12; Distribution Dividend: 17.55; Dividend: 2.46; Notes: ; Amount Claimed: 9,158.06; Amount Allowed: 9,158.06; | 7100-000 | | $1,607.18 | $2,056.33 |
| 03/30/2020 | 1018 | U.S. Foods | Account Number: ; Claim #: 13; Distribution Dividend: 17.55; Dividend: 1.82; Notes: (13-1) Goods Sold; Amount Claimed: 6,755.02; Amount Allowed: 6,755.02; | 7100-000 | | $1,185.46 | $870.87 |
| 03/30/2020 | 1019 | PECO Energy Company | Account Number: ; Claim #: 14; Distribution Dividend: 17.55; Dividend: 1.33; Notes: (14-1) Utility Service; Amount Claimed: 4,962.42; Amount Allowed: 4,962.42; | 7100-000 | | $870.87 | $0.00 |
| 07/28/2020 | 1015 | STOP PAYMENT: Cama Sdira LLC | Stop Payment for Check# 1015 | 7100-000 | | ($17,549.35) | $17,549.35 |
| 07/28/2020 | 1020 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $17,549.35 | $0.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $307.11 | ($307.11) |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($307.11) | $0.00 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $26.08 | ($26.08) |
| 09/01/2020 | | Pinnacle Bank | Reverse bank fee | 2600-000 | | ($26.08) | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $21,547.95 | |

**FORM 2**     Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11699-MDC | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | BREWERS ROAD, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5810 | | Checking Acct #: | ******0124 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | 1020 | STOP PAYMENT: Clerk, US Bankruptcy Court | Stop Payment for Check# 1020 | 7100-000 | | ($17,549.35) | $17,549.35 |
| 10/27/2020 | 1021 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $17,549.35 | $0.00 |

|  |  |  |
|---|---:|---:|
| TOTALS: | $76,000.00 | $76,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $76,000.00 | $76,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $76,000.00 | $76,000.00 | |

| For the period of 3/14/2016 to 1/5/2021 | | For the entire history of the account between 02/27/2017 to 1/5/2021 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $525,000.00 | Total Compensable Receipts: | $525,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $525,000.00 | Total Comp/Non Comp Receipts: | $525,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $525,000.00 | Total Compensable Disbursements: | $525,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $525,000.00 | Total Comp/Non Comp Disbursements: | $525,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11699-MDC | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | BREWERS ROAD, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5810 | | Checking Acct #: | ******0124 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $76,000.00 | $76,000.00 | $0.00 |

**For the period of 3/14/2016 to 1/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $525,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $525,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $525,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $525,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/14/2016 to 1/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $525,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $525,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $525,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $525,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GARY F. SEITZ

GARY F. SEITZ